```
LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
LEVIN SIMES KAISER & GORNICK LLP
One Bush Street, 14th Floor
San Francisco, CA  94104
Telephone:  415-646-7160
Facsimile:  415-981-1270

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PADGETT, | CASE NO.  C 06 1533 JL |
| Plaintiff, | Before the Honorable JAMES LARSON |
| v. | [PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE |
| ELI LILLY AND COMPANY, | |
| Defendants. | Conference Date:  June 30, 2006<br>Conference Time:  10:30 AM<br>Location:  Courtroom F, 15TH Floor<br>SAN FRANCISCO |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the June 30, 2006 Case Management Conference ("CMC") to October 25, 2006, at 10:30 a.m. In the event the case is not transferred to the Honorable Claudia Wilken and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED:  June 26, 2006

_____
Honorable
United
Judge James Larson

- 3 -   [PROPOSED] ORDER